**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00723-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

STANLEY McDUFFIE (aka STANLEY
ROBERSON and STANLEY BATTLE),
JOHN W. WILLIAMS, and
JILAPUHN, INC. dba HER MAJESTY'S CREDIT UNION,

    Respondents.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me on **Applicant Securities and Exchange Commission's Response to Order To Show Cause [Dkt. #21]** [#23],[1] filed May 14, 2013. This response discharges applicant's obligations under my **Order To Show Cause** [#21], filed April 24, 2014. Given the applicant's concession that it seeks no further relief from the court in this matter and that dismissal or administrative closure is appropriate, I find and conclude that this matter should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order To Show Cause** [#21], filed April 24, 2014, is **DISCHARGED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That all claims asserted in this action are **DISMISSED**, and this case is **CLOSED**.

Dated September 30, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge